UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62155-RAR

**VICTORIA STARR-HARRIS**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**THE ALTITUDE GROUP LLC,**
*d/b/a* **CORE HOME SECURITY, LLC**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On December 14, 2023, the Court issued an Order to Perfect Service, [ECF No. 4] ("Order"), requiring Plaintiff to serve Defendant with a summons and Complaint and furnish the Court with proof of service by February 12, 2024. The Order cautioned Plaintiff that failure to file proof of service or show good cause by February 12, 2024 would result in a dismissal of this case without further notice.

On February 13, 2024 at 5:57 P.M., over a day after the deadline imposed by both the Court and Federal Rule of Civil Procedure 4(m), Plaintiff filed a Response to the Court's Order ("Response"), [ECF No. 5]. In the Response, Plaintiff requests an additional thirty days to comply with the service deadline that has already passed. Resp. at 1. However, the record reflects that Plaintiff has only attempted to serve Defendant twice—with the most recent attempt occurring on November 17, 2023. *See* [ECF No. 5-1]. The Court cannot find good cause for an extension when the record indicates that Plaintiff has not attempted service in nearly two months—and belatedly moved for an extension of time to do so. *Id.*; s*ee also* Fed. R. Civ. P.

4(m).   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*.   The Clerk of Court is instructed to **CLOSE** the case, and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Miami, Florida this 13th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**